(June 20, 1991)

■ In the Matter of TONI SCOTT, Respondent, v JOHN P. FALCK, Appellant. (And Another Related Proceeding.)—Appeal from an order of the Family Court of Ulster County (Peters, J.), entered April 20, 1989, which, *inter alia,* granted petitioner's application, in a proceeding pursuant to Family Court Act article 6, for custody of the parties' child.

Order affirmed, without costs, upon the opinion of Judge Karen K. Peters.

Mahoney, P. J., Yesawich Jr., Levine, Mercure and Crew III, JJ., concur. Ordered that the order is affirmed, without costs, upon the opinion of Judge Karen K. Peters.